**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Kara Spitler
Probation Officer: Gary Kruck

Date: July 28, 2014
Time: 15 minutes
Interpreter: Cathy Bahr

**CASE NO. 13-CR-00046-PAB-1**

<u>Parties</u>

<u>Counsel</u>

**UNITED STATES OF AMERICA,**

Zachary Phillips

      Plaintiff,

vs.

**1.  TEODORO DELACRUZ-ZEFERINO,**

Thomas Goodried

      Defendant.

---

**SENTENCING**

---

**2:36 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00046-PAB-1
July 28, 2014

Argument by Mr. Phillips in support of the Government's Motion for Downward Departure Pursuant to 5K1.1 and comments addressing sentencing.

Argument by Mr. Goodreid and comments addressing.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 365], is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **March 6, 2014** to count **Two of the Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **20** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

Page Three
13-CR-00046-PAB-1
July 28, 2014

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If not deported, defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 364] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts One, Three and Fourteen of the Indictment [Docket No. 363] as to this defendant is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:51 p.m.    COURT IN RECESS**

**Total in court time:   15 minutes**

**Hearing concluded**