IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00046-PAB-1

UNITED STATES OF AMERICA.

      Plaintiff,

v.

1.  TEODORO DELACRUZ-ZEFERINO,

      Defendant.

---

## ORDER

---

    This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 363].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 363] is granted.  Counts One, Three, and Fourteen of the Indictment are dismissed as to defendant Teodoro Delacruz-Zeferino only.

    DATED July _28_, 2014.

                BY THE COURT:


                PHILIP A. BRIMMER
                United States District Judge